UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-10142-TMD |
| ALEMENH HABITE GIORGIS | § | |
| | § | |
| | § | |
| Debtor | § | CHAPTER 13 |

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS

**This pleading requests relief that may be adverse to your interests.**

**No hearing will be conducted on this recommendation concerning claims (or its treatment of any claim) unless a written response is filed within twenty-one (21) days from the date of service.**

**A timely response is necessary for a hearing to be held. If no response is timely filed, the treatment of claims reflected in the recommendation shall be deemed approved by the court without further hearing or order.**

**By order of the Court, the Trustee's Recommendation Concerning Claims shall set a bar date for objection to claims, for contesting the validity or priority of liens, and for challenging the priority of claims. The bar date shall be the twenty-first (21st) day after the service of the Recommendation of Claims. Any objection, motion or adversary contesting the validity or priority of any claim reflected in this Recommendation Concerning Claims may not be filed after the expiration of the bar date except upon leave of the Court after motion requesting such leave and upon notice of hearing to the Chapter 13 Trustee, the Debtor, the Debtor's counsel, and all parties in interest.**

TO THE HONORABLE TONY M. DAVIS, UNITED STATES BANKRUPTCY JUDGE.

    Comes now Deborah B. Langehennig, Chapter 13 Trustee (hereinafter "Trustee"), and making this her recommendation concerning claims, would respectfully show the Court as follows:

**I.**

    The time for filing claims in this proceeding has expired. The Trustee has reviewed all of the claims filed in this proceeding. Attached is a Schedule containing the Trustee's recommendation as to various matters concerning claims, including the amount and classification of each creditor's claim(s). The dividend paid to allowed general unsecured claims to be paid through the plan is currently 100%. Pursuant to the confirmed plan, the Trustee shall receive her administrative claim of no less than 10% of the confirmed plan base.

## II.

If a party in interest disagrees with any of the Trustee's recommendations, such party may file a response to the Trustee's Recommendation, or may file an objection to any disputed claim listed on the attached schedule. Responses and objections must be filed within twenty-one (21) days from the date of service hereof. Each claim for which there is no response or objection filed within twenty-one (21) days from the date of service hereof will be treated as listed in the attached schedule.

## III.

If the Plan provides that the Trustee is to disburse the ongoing mortgage payment, the Trustee will disburse pursuant to the provisions of the Plan, the Proof of Claim and attached exhibits, and any notices filed by the creditor.

## IV.

**NOTICE OF BAR DATE FOR OBJECTIONS TO CLAIMS**

Responses to the Trustee's recommendation or additional objections to claims must be filed within twenty-one (21) days from the date of service hereof with the United States Bankruptcy Clerk, 903 San Jacinto, Suite 322, Austin, TX 78701 and served on the appropriate parties pursuant to the Bankruptcy Rules.

Respectfully submitted,

/s/ Deborah B. Langehennig

Deborah B. Langehennig
6201 Guadalupe Street
Austin, TX 78752

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| IN RE: ALEMENH HABITE GIORGIS | Schedule of Claims |
|---|---|
| | Case Number: 19-10142-TMD |

| Trustee Claim ID# | Creditor Name and Address | Account Number | Amount | Treatment of Claim | Classification/Comments |
|---|---|---|---|---|---|
| 16 | AT&T CORP<br>PO BOX 5072<br>CAROL STREAM, IL 60197-5072 | 5967 | $289.89 | GENERAL UNSECURED CLAIM | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |
| 8 | CAPITAL ONE<br>% TSYS DEBT MANAGEMENT<br>PO BOX 5155<br>NORCROSS, GA 30091 | 7095 | $0.00 | GENERAL UNSECURED CLAIM | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 9 | CAPITAL ONE<br>% TSYS DEBT MANAGEMENT<br>PO BOX 5155<br>NORCROSS, GA 30091 | 5000 | $0.00 | GENERAL UNSECURED CLAIM | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 28 | CODILIS & STAWIARSKI PC<br>400 N SAM HOUSTON PKWY EAST<br>STE 900<br>HOUSTON, TX 77060 | | $0.00 | NOTICE ONLY CREDITOR | NOTICE ONLY<br>INTEREST RATE: 0.00%<br>Freedom Mortg Corp |
| 10 | CREDIT MANAGEMENT INC<br>4200 INTERNATIONAL PKY<br>CARROLLTON, TX 75007-1906 | 4341 | $0.00 | GENERAL UNSECURED CLAIM | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 11 | CREDIT MANAGEMENT INC<br>4200 INTERNATIONAL PKY<br>CARROLLTON, TX 75007-1906 | 3999 | $0.00 | GENERAL UNSECURED CLAIM | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 12 | CREDIT MANAGEMENT INC<br>4200 INTERNATIONAL PKY<br>CARROLLTON, TX 75007-1906 | 5891 | $0.00 | GENERAL UNSECURED CLAIM | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 13 | CREDIT ONE BANK<br>P O BOX 60500<br>CITY OF INDUSTRY, CA 91716-0500 | 9474 | $0.00 | GENERAL UNSECURED CLAIM | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 14 | ENHANCED RECOVERY CORPORATION<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256 | 0033 | $0.00 | GENERAL UNSECURED CLAIM | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |

| Trustee Claim ID# | Creditor Name and Address | Account Number | Amount | Classification/Comments |
|---|---|---|---|---|
| 15 | ENHANCED RECOVERY CORPORATION<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL  32256 | 7846<br>Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 2 | FREEDOM MORTGAGE CORPORATION<br>10500 KINCAID DR<br>ATTN: PAYMENT PROCESSING<br>FISHERS, IN  46037-9764 | 6934<br>Treatment of Claim:<br>ARREARAGE CLAIM | $36,172.68 | MORTGAGE ARREARAGE<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>803 Clarence Bohls Lane |
| 31 | FREEDOM MORTGAGE CORPORATION<br>10500 KINCAID DR<br>ATTN: PAYMENT PROCESSING<br>FISHERS, IN  46037-9764 | 6934/Mar 19 mtg pymt<br>Treatment of Claim:<br>ARREARAGE CLAIM | $1,917.49 | MORTGAGE ARREARAGE<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>March 2019 mortgage payment |
| 17 | IC SYSTEM INC<br>444 HWY 96 EAST<br>PO BOX 64887<br>ST PAUL, MN  55164-0887 | 2220<br>Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 18 | IC SYSTEM INC<br>444 HWY 96 EAST<br>PO BOX 64887<br>ST PAUL, MN  55164-0887 | 8634<br>Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 6 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | 1651<br>Treatment of Claim:<br>PRIORITY UNSECURED CLAIM | $6,599.94 | PRIORITY<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>2015/2017/Est. 2018 |
| 19 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | 1651<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $30,801.12 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>2007/2011-2014/Penalty |
| 3 | JON ANDERSON<br>1370 CR 4104<br>NEW BOSTON, TX  75570 | Treatment of Claim:<br>PAID DIRECTLY BY DEBTOR(S) | $0.00 | SECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>20585 Cameron |
| 20 | MERCHANTS & PROF CREDIT BUREAU<br>PO BOX 140675<br>AUSTIN, TX  78714-0675 | 9294<br>Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 21 | MIDWEST RECOVERY SYSTEMS<br>2747 W CLAY ST, STE A<br>ST CHARLES, MO  63301 | 4381<br>Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 22 | MIDWEST RECOVERY SYSTEMS<br>2747 W CLAY ST, STE A<br>ST CHARLES, MO  63301 | 1657<br>Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 23 | NATIONAL CREDIT SYSTEMS INC<br>PO BOX 312125<br>ATLANTA, GA  31131 | 2358<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $1,517.24 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |

| Trustee Claim ID# | Creditor Name and Address | Account Number | Amount | Classification/Comments |
|---|---|---|---|---|
| 24 | NATIONAL CREDIT SYSTEMS INC<br>PO BOX 312125<br>ATLANTA, GA 31131 | 2359<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $1,000.00 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |
| 25 | PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS, IN 46236 | various<br>Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00%<br>various accts (3) |
| 7 | QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 4349<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $286.01 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>applied card systems |
| 26 | RANDOLPH BROOKS FEDERAL CREDI<br>PO BOX 2097<br>UNIVERSAL CITY, TX 78148-2416 | 9574<br>Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 29 | TEXAS COMPTROLLER OF PUBLIC AC<br>% REVENUE ACCOUNTING DIVISION<br>ATTN BANKRUPTCY<br>PO BOX 13528<br>AUSTIN, TX 78711-3528 | 2190<br>Treatment of Claim:<br>PRIORITY UNSECURED CLAIM | $1,535.59 | PRIORITY<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>Taxes |
| 30 | TEXAS COMPTROLLER OF PUBLIC AC<br>% REVENUE ACCOUNTING DIVISION<br>ATTN BANKRUPTCY<br>PO BOX 13528<br>AUSTIN, TX 78711-3528 | 2190<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $508.41 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |
| 32 | TEXAS GUARANTEED STUDENT LOAN<br>DBA TRELLIS COMPANY<br>PO BOX 83100<br>ROUND ROCK, TX 78683 | Treatment of Claim:<br>NOTICE ONLY CREDITOR | $0.00 | NOTICE ONLY<br>INTEREST RATE: 0.00% |
| 4 | TITLEMAX OF TEXAS INC<br>15 BULL ST<br>STE 200<br>SAVANNAH, GA 31401 | 1651<br>Treatment of Claim:<br>SECURED CLAIM | $2,611.12 | SECURED BY VEHICLE<br>CLAIM FILED<br>INTEREST RATE: 5.25%<br>2008 Hummer H3/910 claim |
| 27 | TITLEMAX OF TEXAS INC<br>15 BULL ST<br>STE 200<br>SAVANNAH, GA 31401 | 1651<br>Treatment of Claim:<br>CLAIM DISALLOWED BY ORDER | $0.00 | SECURED BY VEHICLE<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>2002 Buick LeSabre/Surrendered in 4/2/19 Amended Plan/Disallowed 5/9/19 |
| 5 | WESTLAKE FINANCIAL SERVICES<br>4751 WILSHIRE BLVD STE 100<br>LOS ANGELES, CA 90010 | 6884<br>Treatment of Claim:<br>SECURED CLAIM - VALUED | $6,170.28 | SECURED BY VEHICLE<br>CLAIM FILED<br>INTEREST RATE: 5.25%<br>2008 Cadillac Escalade |